UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jasmine Patel, et al.</u>

    v.                                        Case No. 24-cv-242-JL-TSM

<u>US Department of State, Secretary</u>

<u>ORDER</u>

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha Saint-Marc dated August 8, 2025.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date: September 9, 2025

cc:   Jasmine Patel, pro se
       Shardeben Patel, pro se
       Anna Dronzek, AUSA